Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Michael Burke, Movant, appeals the circuit court's judgment denying his Rule 24.035 motion without a hearing. Movant claims his decision to plead guilty was involuntary because neither his counsel nor the court explained to him that he would have to serve 60 percent of his sentence before being eligible for parole.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**STATE ex rel. Leroy ADAMS, Shelby County Collector, Appellant,**

v.

**SHELBY COUNTY COMMISSION, Gary Million, (Presiding) Commissioner, Jim Mettes, Commissioner, Jerry Conrad, Commissioner, and Shelby County, Missouri, Respondents.**

No. 73289.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 24, 1998.

Jeffrey R. Curl, Clayton & Curl, L.L.C., Hannibal, for appellant.

D. Keith Henson, Paule, Camazine & Blumenthal, Daniel P. Card, II, St. Louis, Steven E. Raymond, Shelbyille, for respondent.

Before ROBERT G. DOWD, Jr., C.J.,
MARY K. HOFF, J., and RICHARD B.
TEITELMAN, J.

### *ORDER*

PER CURIAM.

Appellant Leroy Adams appeals the Summary Judgment granted in favor of Respondents, Shelby County Commission, Gary Million, Commissioner, Jim Mettes, Commissioner, and Jerry Conrad, Commissioner, entered in the Circuit Court of Shelby County by the Honorable John Moon. Appellant brought suit asserting that the County has underpaid him, contrary to law, since March 1, 1988. He sought back pay, interest thereon and attorneys' fees.

We have reviewed the briefs of the parties, the legal file and the record on appeal and no error of law appears. An extended opinion reciting detailed facts and restating principles of law would have no precedential or jurisprudential value. We affirm the trial court's judgment pursuant to Rule 84.16(b).